**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| IN RE:<br><br>WAYNE TOLMAN,<br><br>DEBTOR | CHAPTER 7<br>CASE NO. 09-11465 |
| WAYNE TOLMAN,<br><br>PLAINTIFF<br>vs.<br><br>YORK HOSPITAL,<br><br>DEFENDANT | ADVERSARY PROCEEDING<br>No. 10- |

## COMPLAINT

NOW COMES the Plaintiff, Wayne Tolman, by and through counsel, Molleur Law Office, and complains against Defendant, York Hospital, as follows:

1. Jurisdiction in this matter exists pursuant to 28 U.S.C. §1334(a) and (b); venue is appropriate in this District pursuant to 28 U.S.C. §1408. This is a core proceeding under 28 U.S.C. §157(b)(2)(A), and is further brought under 11 U.S.C. §524, 11 U.S.C. §362, and 11 U.S.C. § 105.

2. Plaintiff filed his Chapter 7 bankruptcy petition on October 26, 2009.

3. York Hospital was listed as a creditor in the Plaintiff's bankruptcy petition.

4. The Court mailed its notice of the bankruptcy filing on October 27, 2009, to all creditors, a copy of which is appended hereto as *Exhibit 1*.

5. York Hospital received the notice appended hereto as Exhibit 1.

6. Plaintiff received a Statement from York Hospital dated February 8, 2010, attempting to collect a prepetition debt.

7. York Hospital's actions violated 11 U.S.C. §362(a).

8. This Court issued a discharge for Plaintiff on February 10, 2010, a copy of which discharge is appended hereto as *Exhibit 2.*

9. Plaintiffs' counsel wrote to York Hospital on April 13, 2010 regarding the automatic stay violation, a copy of which letter is appended hereto as *Exhibit 3.*

10. Despite counsel's letter, Plaintiff received a Statement from York Hospital dated May 24, 2010, attempting to collect a discharged debt, a copy of which statement is appended hereto as *Exhibit 4.*

11. Plaintiff received another Statement from York Hospital dated July 20, 2010, attempting to collect a discharged debt, a copy of which statement is appended hereto as *Exhibit 5.*

12. York Hospital's actions are in violation of 11 U.S.C. §524.

13. Plaintiff is entitled to receive from York Hospital actual damages, including costs and attorneys fees, and punitive damages in this matter pursuant to 11 U.S.C. §§ 362(k), 524 and 105.

WHEREFORE, Plaintiff prays that this Court sanction Defendant, award such actual damages, including costs, attorneys fees and punitive damages as are appropriate, and grant such other and further relief as this Court deems just and reasonable.

Dated at Biddeford, Maine, this 9th day of August, 2010.

MOLLEUR LAW OFFICE

By: /s/ *Andrea Bopp Stark*
Andrea Bopp Stark

/s/ *Nicolas T. Carter*
Nicolas T. Carter

Counsel for Plaintiff,
Wayne A. Tolman
419 Alfred Street
Biddeford, ME 04005-3747
(207) 283-3777
(207) 283-4558 Fax
andrea@molleurlaw.com
nic@molleurlaw.com

# EXHIBIT 1

B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07) Case Number 09–11465

# UNITED STATES BANKRUPTCY COURT
## District of Maine

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 10/26/09.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Wayne A. Tolman
176 Main St.
Mattawamkeag, ME 04459

| | |
|---|---|
| Case Number: 09–11465 | Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–7375 |
| Attorney for Debtor(s) (name and address):<br>Tanya Sambatakos Esq.<br>Molleur Law Office<br>419 Alfred Street<br>Biddeford, ME 04005<br>Telephone number: (207) 283–3777 | Bankruptcy Trustee (name and address):<br>Gary M. Growe<br>50 Columbia Street<br>Bangor, ME 04401<br>Telephone number: (207) 945–5608 |

## Meeting of Creditors

Date: **December 11, 2009** Time: **09:00 AM**

Location: **Penobscot County Probate Court, Penobscot County Courthouse, 97 Hammond Street, Bangor, ME 04401**

## Notice

The United States Trustee's policy is to require all debtors to bring positive identification to the meeting of creditors. Failure to do so may result in delays in processing the case.

## Presumption of Abuse under 11 U.S.C. § 707(b)

*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 2/9/10**

**Deadline to seek a determination of automatic dismissal for failure to file all information required by section 521(a)(1) is 75 days from the date of filing the case.**

## Deadline to Object to Exemptions:

Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>202 Harlow Street<br>Bangor, ME 04401<br>Telephone number: (207) 945–0348 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Alec Leddy |
| Hours Open: Monday – Friday 8:30 AM – 1:00 PM 1:30 PM – 4:30 PM | Date: 10/27/09 |

## EXPLANATIONS

B9A (Official Form 9A) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | The Court will process all Chapter 7 cases as no–asset cases. *You therefore should not file a proof of claim at this time.* If the trustee later confirms/determines that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

# CERTIFICATE OF NOTICE

District/off: 0100-1 User: admin Page 1 of 1 Date Rcvd: Oct 27, 2009
Case: 09-11465 Form ID: B9A Total Noticed: 28

The following entities were noticed by first class mail on Oct 29, 2009.

db +Wayne A. Tolman, 176 Main St., Mattawamkeag, ME 04459-3211
aty +James F. Molleur, Esq., Molleur Law Office, 419 Alfred Street, Biddeford, ME 04005-3747
aty +Tanya Sambatakos, Esq., Molleur Law Office, 419 Alfred Street, Biddeford, ME 04005-3747
tr +Gary M. Growe, 50 Columbia Street, Bangor, ME 04401-6381
smg State of Maine, Bureau of Revenue Services, Bankruptcy Unit, P.O. Box 9101, Augusta, ME 04333-9113
1540109 +AMR of Massachusetts, Inc., 520 S. Main Street, Suite 2422, Akron, OH 44311-1086
1540110 +Apex Management, 31 Old Campus Road, Portland, ME 04103-3557
1540111 +Bac Home Loans Servici, 450 American St, Simi Valley, CA 93065-6285
1540114 +Casco Bay Eyecare, 201 U.S. Route One, Scarborough, ME 04074-9048
1540115 +Central Maine Power, Customer Service, 83 Edison Dr., Augusta, ME 04336-0002
1540117 +Citibank, Po Box 22828, Rochester, NY 14692-2828
1540118 +Community Oxygen Service, 661 Main St., Damariscotta, ME 04543-4663
1540120 +Dunstan Dental Center, 618 U.S. Route 1, Scarborough, ME 04074-9176
1540121 +Energy Workshop, Inc., 1250 Forest Ave, Portland, ME 04103-6400
1540122 +First National, P.O. Box 5097, Sioux Falls, SD 57117-5097
1540123 +Karen Grant-Tolman, 11 Smithwheel Road, Unit 2, Old Orchard Beach, ME 04064-1079
1540124 +Medco Health Solutions, 15001 Trinity Boulevard, Suite 300, Fort Worth, TX 76155-2668
1540125 +Periodontal Associates, 612 Brighton Ave., Portland, ME 04102-2353
1540126 +Seral Sweet, 41 Edwards St., Lincoln, ME 04457-1155
1540127 +Shela Tolamn, 176 Main St., Mattawamkeag, ME 04459-3211
1540128 +Time Warner Cable, 118 Johnson Rd., Portland, ME 04102-1950
1540129 +Toyota Motor Credit, 1500 W Park Dr, Westborough, MA 01581-3936
1540130 +York Hospital, 15 Hospital Drive, York, ME 03909-1099

The following entities were noticed by electronic transmission on Oct 27, 2009.

tr +EDI: BGMGROWE.COM Oct 27 2009 16:34:00 Gary M. Growe, 50 Columbia Street, Bangor, ME 04401-6381
ust +E-mail/Text: USTPREGION01.PO.ECF@USDOJ.GOV Office of U.S. Trustee, 537 Congress Street, Room 302, Portland, ME 04101-3353
1540112 +EDI: TSYS2.COM Oct 27 2009 16:34:00 Barclays Bank Delaware, 125 S West St, Wilmington, DE 19801-5014
1540113 +EDI: CAPITALONE.COM Oct 27 2009 16:33:00 Cap One, Po Box 85520, Richmond, VA 23285-5520
1540116 +EDI: CHASE.COM Oct 27 2009 16:33:00 Chase, Po Box 15298, Wilmington, DE 19850-5298
1540119 EDI: CCS.COM Oct 27 2009 16:33:00 Credit Collection Service, 2 Wells Avenue, Dept. 9136, Newton, MA 02459-3208

TOTAL: 6

***** BYPASSED RECIPIENTS *****

NONE.

TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 29, 2009** **Signature:** Joseph Speetjens

# EXHIBIT 2

B18 (Official Form 18) (12/07)

# UNITED STATES BANKRUPTCY COURT
## District of Maine

**Case No. 09–11465**

**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Wayne A. Tolman
176 Main St.
Mattawamkeag, ME 04459

Social Security No.:
xxx–xx–7375

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 2/10/10

Louis H. Kornreich
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

## EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after 10/17/2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases files on or after 10/17/2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

District/off: 0100-1 User: admin Page 1 of 1 Date Rcvd: Feb 10, 2010
Case: 09-11465 Form ID: B18 Total Noticed: 24

The following entities were noticed by first class mail on Feb 12, 2010.

| | |
|---|---|
| db | +Wayne A. Tolman, 176 Main St., Mattawamkeag, ME 04459-3211 |
| smg | State of Maine, Bureau of Revenue Services, Bankruptcy Unit, P.O. Box 9101, Augusta, ME 04333-9113 |
| 1540109 | +AMR of Massachusetts, Inc., 520 S. Main Street, Suite 2422, Akron, OH 44311-1086 |
| 1540110 | +Apex Management, 31 Old Campus Road, Portland, ME 04103-3557 |
| 1540111 | +Bac Home Loans Servici, 450 American St, Simi Valley, CA 93065-6285 |
| 1540114 | +Casco Bay Eyecare, 201 U.S. Route One, Scarborough, ME 04074-9048 |
| 1540115 | +Central Maine Power, Customer Service, 83 Edison Dr., Augusta, ME 04336-0002 |
| 1540117 | +Citibank, Po Box 22828, Rochester, NY 14692-2828 |
| 1540118 | +Community Oxygen Service, 661 Main St., Damariscotta, ME 04543-4663 |
| 1540120 | +Dunstan Dental Center, 618 U.S. Route 1, Scarborough, ME 04074-9176 |
| 1540121 | +Energy Workshop, Inc., 1250 Forest Ave, Portland, ME 04103-6400 |
| 1540122 | +First National, P.O. Box 5097, Sioux Falls, SD 57117-5097 |
| 1540123 | +Karen Grant-Tolman, 11 Smithwheel Road, Unit 2, Old Orchard Beach, ME 04064-1079 |
| 1540124 | +Medco Health Solutions, 15001 Trinity Boulevard, Suite 300, Fort Worth, TX 76155-2668 |
| 1540125 | +Periodontal Associates, 612 Brighton Ave., Portland, ME 04102-2353 |
| 1540126 | +Seral Sweet, 41 Edwards St., Lincoln, ME 04457-1155 |
| 1540127 | +Shela Tolamn, 176 Main St., Mattawamkeag, ME 04459-3211 |
| 1540128 | +Time Warner Cable, 118 Johnson Rd., Portland, ME 04102-1950 |
| 1540129 | +Toyota Motor Credit, Attn: Loan Department, 100 Apollo Drive, Suite 201, Chelmsford, MA 01824-3605 |
| 1540130 | +York Hospital, 15 Hospital Drive, York, ME 03909-1099 |

The following entities were noticed by electronic transmission on Feb 10, 2010.

| | |
|---|---|
| 1540112 | +EDI: TSYS2.COM Feb 10 2010 16:38:00 Barclays Bank Delaware, 125 S West St, Wilmington, DE 19801-5014 |
| 1540113 | +EDI: CAPITALONE.COM Feb 10 2010 16:38:00 Cap One, Po Box 85520, Richmond, VA 23285-5520 |
| 1540116 | +EDI: CHASE.COM Feb 10 2010 16:38:00 Chase, Po Box 15298, Wilmington, DE 19850-5298 |
| 1540119 | EDI: CCS.COM Feb 10 2010 16:38:00 Credit Collection Service, 2 Wells Avenue, Dept. 9136, Newton, MA 02459-3208 |

TOTAL: 4

***** BYPASSED RECIPIENTS *****

NONE.

TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 12, 2010** **Signature:** Joseph Speetjens

# EXHIBIT 3

# Molleur Law Office

James F. Molleur
Tanya Sambatakos*
Andrea Bopp Stark*
Jennifer G. Hayden*

*Admitted in Maine and Massachusetts

419 Alfred Street
Biddeford ME 04005-3747
Voice: (207) 283-3777
Fax: (207) 283-4558

Website: www.molleurlaw.com

April 13, 2010

York Hospital Physician Practices
15 Hospital Dr.
York, ME 03909

Re: Wayne Tolman, Social Security No. xxx-xx-7375
176 Main St., Mattawamkeag, ME 04459
Chapter 7, Case No. 09-11465

Dear Sir/Madam:

Please be advised that this office represents the above Debtor who filed a Chapter 7 Bankruptcy Case on October 26, 2009. Enclosed is verification of such filing. As a result of this filing, you are prohibited from attempting to collect any debts or taking any other action against the Debtor or his property unless and until the Bankruptcy Court decides otherwise.

By bill dated February 8, 2010, enclosed here, you and/or your agents contacted my client. The letter is in relation to a debt that was added on his bankruptcy petition. Your attempts to collect this debt violate the automatic stay provisions of the Bankruptcy Code.

Please withdraw your demand for payment on this debt in writing within thirty days of this letter or we will seek a remedy with the bankruptcy court for your violations of the automatic stay provision. If we have to take this route, we will also seek our attorney's fees. Forward your written withdrawal to my office address listed above.

Thank you for your attention to this matter.

Very sincerely yours,

JAMES F. MOLLEUR

JFM/mam
Enclosures
Cc: Wayne Tolman (w/o enclosures)

York Hospital Physician Practices
15 Hospital Drive
York ME 03909

Return Service Requested

If you have any questions regarding this statement please call 888 440-8449

| Acct No | Statement Date | ACCOUNT BALANCE | AMOUNT DUE |
|---|---|---|---|
| 3000271 | 02-08-10 | 254.46 | 254.46 |
| Check | Check No. | | Amount Paid |

Make checks payable to:

WAYNE TOLMAN
154 176 MAIN STREET
MATTAWAMKEAG ME 04459-3211

York Hospital Physician Practices
PO Box 95000-4010
Philadelphia PA 19195-0001

APR - 8 2010

☐ Check if your billing information has changed. Provide update(s) above or on the reverse side.

Please detach and return top portion with payment.

**Messages**

- If you would like to Pay by Credit Card please call 888/440/8449. Our dedicated specialist will be happy to process your payment via our secured processing center.

**Statement Detail** Date 02-08-10 Acct No. 3000271

| DATE | PATIENT | PROVIDER | PROC | DX1 | DESCRIPTION | CHARGE | RECEIPTS | PATIENT AMT DUE |
|---|---|---|---|---|---|---|---|---|
| 10-01-08 | WAYNE | COLE | 90862 | 96.32 | PHARMACOLOGIC MGMT MIN MEDICAL | 104.46 | | 15.00 |
| 10-21-08 | | | | | INSURANCE ADJUSTMENT | | 36.46- | |
| 10-21-08 | | | | | INSURANCE PAYMENT | | 53.00- | |
| 10-29-08 | WAYNE | COLE | 90862 | 96.32 | PHARMACOLOGIC MGMT MIN MEDICAL | 104.46 | | 14.46 |
| 12-04-08 | | | | | INSURANCE ADJUSTMENT | | 37.00- | |
| 12-04-08 | | | | | INSURANCE PAYMENT | | 53.00- | |
| 11-06-08 | WAYNE | COLE | 90862 | 96.32 | PHARMACOLOGIC MGMT MIN MEDICAL | 105.00 | | 15.00 |
| 12-04-08 | | | | | INSURANCE ADJUSTMENT | | 37.00- | |
| 12-04-08 | | | | | INSURANCE PAYMENT | | 53.00- | |
| 11-19-08 | WAYNE | COLE | 90862 | 96.32 | PHARMACOLOGIC MGMT MIN MEDICAL | 105.00 | | 15.00 |
| 12-22-08 | | | | | INSURANCE ADJUSTMENT | | 37.00- | |
| 12-22-08 | | | | | INSURANCE PAYMENT | | 53.00- | |
| 12-18-08 | WAYNE | COLE | 90805 | 96.32 | IPI-OB-M/S OFFICE 20-30 MIN ME | 137.00 | | 15.00 |
| 01-20-09 | | | | | INSURANCE ADJUSTMENT | | 72.00- | |
| 01-20-09 | | | | | INSURANCE PAYMENT | | 50.00- | |
| 01-22-09 | WAYNE | COLE | 90862 | 96.25 | PHARMACOLOGIC MGMT MIN MEDICAL | 105.00 | | 15.00 |
| 02-17-09 | | | | | INSURANCE ADJUSTMENT | | 37.00- | |
| 02-17-09 | | | | | INSURANCE PAYMENT | | 53.00- | |
| 03-09-09 | WAYNE | COLE | 90862 | 96.34 | PHARMACOLOGIC MGMT MIN MEDICAL | 105.00 | | 15.00 |
| 04-08-09 | | | | | INSURANCE ADJUSTMENT | | 37.00- | |
| 04-08-09 | | | | | INSURANCE PAYMENT | | 53.00- | |
| 03-26-09 | WAYNE | COLE | 90862 | 96.34 | PHARMACOLOGIC MGMT MIN MEDICAL | 105.00 | | 15.00 |
| 04-29-09 | | | | | INSURANCE ADJUSTMENT | | 37.00- | |
| 04-29-09 | | | | | INSURANCE PAYMENT | | 53.00- | |
| 05-07-09 | WAYNE | COLE | 90862 | 96.32 | PHARMACOLOGIC MGMT MIN MEDICAL | 105.00 | | 105.00 |

| PAT RESP | Current | 30 Days | 60 Days | 90+ Days | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | 15.00 | 0.00 | 0.00 | 239.46 | 254.46 |

| INSURANCE PENDING | PATIENT AMOUNT DUE |
|---|---|
| | 254.46 |

| INS RESP | Current | 30 Days | 60 Days | 90+ Days |
|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 0.00 |

Statement Detail Date 02-08-10 Acct No. 3000271

| DATE | PATIENT | PROVIDER | PROC | DX1 | DESCRIPTION | CHARGE | RECEIPTS | PATIENT AMT DUE |
|---|---|---|---|---|---|---|---|---|
| 05-30-09 | | | | | INSURANCE PAYMENT | | .00 | |
| 06-09-09 | WAYNE | COLE | 90862 | 96.35 | PHARMACOLOGIC MGMT MIN MEDICAL | 105.00 | | 15.00 |
| 01-26-10 | | | | | INSURANCE ADJUSTMENT | | 37.00- | |
| 01-26-10 | | | | | INSURANCE PAYMENT | | 53.00- | |
| 08-17-09 | WAYNE | COLE | 90862 | 96.35 | PHARMACOLOGIC MGMT MIN MEDICAL | 110.00 | | 15.00 |
| 09-04-09 | | | | | INSURANCE ADJUSTMENT | | 42.00- | |
| 09-04-09 | | | | | INSURANCE PAYMENT | | 53.00- | |

York Hospital Physician Practices 15 Hospital Drive York ME 03909

If you have any questions regarding this statement please call 888 440-8449

# EXHIBIT 4

York Hospital Physician Practices
15 Hospital Drive
York ME 03909

Return Service Requested

If you have any questions regarding this statement please call 888 440-8449

| Acct No. | Statement Date | ACCOUNT BALANCE | AMOUNT DUE |
|---|---|---|---|
| 3000271 | 05-24-10 | 165.00 | 165.00 |
| Check | Check No. | | Amount Paid |

Make checks payable to:

WAYNE TOLMAN
176 MAIN STREET
MATTAWAMKEAG ME 04459-3211

202

York Hospital Physician Practices
PO Box 95000-4010
Philadelphia PA 19195-0001

2

☐ Check if your billing information has changed. Provide update(s) above or on the reverse side.

Please detach and return top portion with payment.

**Messages**

- If you would like to Pay by Credit Card please call 888/440/8449. Our dedicated specialist will be happy to process your payment via our secured processing center.

**Statement Detail** Date 05-24-10 Acct No. 3000271

| DATE | PATIENT | PROVIDER | PROC | DX1 | DESCRIPTION | CHARGE | RECEIPTS | PATIENT AMT DUE |
|---|---|---|---|---|---|---|---|---|
| 10-01-08 | WAYNE | COLE | 90862 | 96.32 | PHARMACOLOGIC MGMT MIN MEDICAL | 104.46 | | 15.00 |
| 10-21-08 | | | | | INSURANCE ADJUSTMENT | | 36.46- | |
| 10-21-08 | | | | | INSURANCE PAYMENT | | 53.00- | |
| 11-06-08 | WAYNE | COLE | 90862 | 96.32 | PHARMACOLOGIC MGMT MIN MEDICAL | 105.00 | | 15.00 |
| 12-04-08 | | | | | INSURANCE ADJUSTMENT | | 37.00- | |
| 12-04-08 | | | | | INSURANCE PAYMENT | | 53.00- | |
| 12-18-08 | WAYNE | COLE | 90805 | 96.32 | IPI-OB-M/S OFFICE 20-30 MIN ME | 137.00 | | 15.00 |
| 01-20-09 | | | | | INSURANCE ADJUSTMENT | | 72.00- | |
| 01-20-09 | | | | | INSURANCE PAYMENT | | 50.00- | |
| 03-09-09 | WAYNE | COLE | 90862 | 96.34 | PHARMACOLOGIC MGMT MIN MEDICAL | 105.00 | | 15.00 |
| 04-08-09 | | | | | INSURANCE ADJUSTMENT | | 37.00- | |
| 04-08-09 | | | | | INSURANCE PAYMENT | | 53.00- | |
| 05-07-09 | WAYNE | COLE | 90862 | 96.32 | PHARMACOLOGIC MGMT MIN MEDICAL | 105.00 | | 105.00 |
| 05-30-09 | | | | | INSURANCE PAYMENT | | .00 | |

| PAT RESP | Current | 30 Days | 60 Days | 90+ Days | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 165.00 | 165.00 |

| INSURANCE PENDING | PATIENT AMOUNT DUE |
|---|---|
| .00 | 165.00 |

| INS RESP | Current | 30 Days | 60 Days | 90+ Days |
|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 0.00 |

York Hospital Physician Practices 15 Hospital Drive York ME 03909

If you have any questions regarding this statement please call 888 440-8449

# EXHIBIT 5

**York Hospital Physician Practices**
P.O. Box 95000-4010
Philadelphia PA 19195-0001

Return Service Requested

If you have any questions regarding
this statement please call 888 440-8449

| Acct No | Statement Date | ACCOUNT BALANCE | AMOUNT DUE |
|---|---|---|---|
| 3000271 | 07-20-10 | 165.00 | 165.00 |
| Check | Check No. | | Amount Paid |

Call my Attorney
Office (207) 283-3777

Make checks payable to:

WAYNE TOLMAN
176 MAIN STREET
MATTAWAMKEAG ME 04459-3211

Bankrupcy you idiots

296

York Hospital Physician Practices
PO Box 95000-4010
Philadelphia PA 19195-0001

☐ Check if your billing information has changed. Provide update(s) above or on the reverse side.

Please detach and return top portion with payment.

**Messages**

- If you would like to Pay by Credit Card please call 888/440/8449. Our dedicated specialist will be happy to process your payment via our secured processing center.

**Statement Detail** Date 07-20-10 Acct No. 3000271

| DATE | PATIENT | PROVIDER | PROC | DX1 | DESCRIPTION | CHARGE | RECEIPTS | PATIENT AMT DUE |
|---|---|---|---|---|---|---|---|---|
| 10-01-08 | WAYNE | COLE | 90862 | 96.32 | PHARMACOLOGIC MGMT MIN MEDICAL | 104.46 | | 15.00 |
| 10-21-08 | | | | | INSURANCE ADJUSTMENT | | 36.46- | |
| 10-21-08 | | | | | INSURANCE PAYMENT | | 53.00- | |
| 11-06-08 | WAYNE | COLE | 90862 | 96.32 | PHARMACOLOGIC MGMT MIN MEDICAL | 105.00 | | 15.00 |
| 12-04-08 | | | | | INSURANCE ADJUSTMENT | | 37.00- | |
| 12-04-08 | | | | | INSURANCE PAYMENT | | 53.00- | |
| 12-18-08 | WAYNE | COLE | 90805 | 96.32 | IPI-OS-M/S OFFICE 20-30 MIN ME | 137.00 | | 15.00 |
| 01-20-09 | | | | | INSURANCE ADJUSTMENT | | 72.00- | |
| 01-20-09 | | | | | INSURANCE PAYMENT | | 50.00- | |
| 03-09-09 | WAYNE | COLE | 90862 | 96.34 | PHARMACOLOGIC MGMT MIN MEDICAL | 105.00 | | 15.00 |
| 04-08-09 | | | | | INSURANCE ADJUSTMENT | | 37.00- | |
| 04-08-09 | | | | | INSURANCE PAYMENT | | 53.00- | |
| 05-07-09 | WAYNE | COLE | 90862 | 96.32 | PHARMACOLOGIC MGMT MIN MEDICAL | 105.00 | | 105.00 |
| 05-30-09 | | | | | INSURANCE PAYMENT | | .00 | |

| PAT RESP | Current | 30 Days | 60 Days | 90+ Days | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 165.00 | 165.00 |

| INSURANCE PENDING | PATIENT AMOUNT DUE |
|---|---|
| | 165.00 |

| INS RESP | Current | 30 Days | 60 Days | 90+ Days |
|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 0.00 |

York Hospital Physician Practices P.O. Box 95000-4010 Philadelphia PA 19195-0001



If you have any questions regarding this statement please call 888 440-8449